| | AUSA: | Nicholas McIntyre | Telephone: | (313) 226-9100 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Timothy Madison | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Michigan

United States of America

    v.

                                   Case No.  26-30378

Lonnie MOORE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 16, 2022_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

                                                      _____
*Complainant's signature*

                Special Agent Timothy Madison - ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____June 25, 2026_____

City and state:  Detroit, Michigan

                                              _____
*Judge's signature*

                Honorable Elizabeth Stafford, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Timothy Madison, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and began my tenure with the ATF on March 13, 2022. I am currently assigned to the Detroit Homicide Task Force, which is comprised of investigators from the Detroit Police Department, Michigan State Police and the ATF.

2.      As an ATF S/A, I have received specialized training at the Federal Law Enforcement Training Center including the Criminal Investigator Training Program and Special Agent Basic Training. During these programs I received a total of twenty-seven weeks of instruction (400+ hours) on subjects including federal criminal law, conducting criminal investigations, interview techniques, surveillance, undercover operations, evidence collection and firearms trafficking.

3.      Prior to this, I was employed by the Michigan State Police for more than eight years where I worked various specialty assignments, including directed patrol, undercover narcotics, and special investigations. During my time with the Michigan State Police, I spent approximately five years assigned to drug enforcement teams, including a supervisory assignment as a Detective Sergeant overseeing the County of Macomb Enforcement Team- Criminal Interdiction Unit.

1

These investigations focused on drug trafficking and often included both state and federal violations.

4.     In addition to my specialized training and experience, I have obtained a Juris Doctor from the University of Detroit Mercy School of Law and have been a member of the State Bar of Michigan since October 2016.

5.     This affidavit is in support of criminal complaint and application for an arrest warrant for **Lonnie MOORE** for violations of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

6.     The facts in this affidavit come from my review of police reports, training, experience, conversations with ATF Special Agents and information provided by other sworn law enforcement officers. This affidavit is intended to show that there is sufficient probable cause and does not set forth all the information known to law enforcement regarding this investigation.

## PROBABLE CAUSE

7.     As part of an investigation into a shooting in Detroit on June 24, 2026, during which one adult was killed and a seven year old child was critically shot, Detroit police learned that just a few hours before the shooting, MOORE Facetimed a known witness during which he threatened to kill the victims who was in the car with MOORE, if his chain was not returned within 24 hours.

8.     ATF Detroit assisted with the homicide investigation and began reviewing his social media accounts, on which MOORE was predominantly

2

featured and thus is believed to be the accounts user. Agents observed several images depicting MOORE, a convicted felon, in possession of firearms..

9.      Specifically, in several Instagram posts dated July 16, 2022, MOORE is depicted on a residential street with a large quantity of US currency, a small quantity of suspected drugs, and a firearm. The same series of photos includes additional photos (not included below) of MOORE wearing the same clothing and holding the same bag and stacks of cash in different locations throughout Detroit. As of this date, MOORE was on bond for several firearm charges in Wayne County Third Circuit Court and was on tether, and his tether data put him in the Eastern District of Michigan.



3

10.     Based upon my training and experience and familiarity with social media use, I believe that the series of photos posted by MOORE to his Instagram page on July 16, 2022, were taken the same day. This is supported by the weather and foliage that is visible. (July 16, 2022, was a partly cloudy day with no precipitation in Detroit), and because MOORE's clothing and general appearance is consistent throughout the series of photos contained in the same post, although he appears in different locations throughout Detroit.

11.     I requested ATF Interstate Nexus expert Special Agent Joshua McLean to review the photographs closely to determine if the suspected firearm depicted in the photograph had the characteristics of a firearm.

12.     According to S/A McLean, who has experience examining over 1,000 firearms during his career and has had firearms identification training and advanced firearms identification training through the ATF, the suspected firearm in the photographs resembled a Springfield Armory XD in flat dark earth color, based upon his review of the unique characteristics and external features visible in the photographs.  S/A McLean confirmed that a Springfield Armory XD pistol meets the federal definition of a firearm. S/A McLean also consulted with several other ATF Interstate Nexus experts who concurred with his opinion. Therefore, if the pistol in the image above is a Springfield Armory XD pistol, then it is a firearm under federal law.

4

13.     A comparison photograph of the firearm to the social media post is included below.

 

14.     After reviewing the Instagram images, S/A McLean advised that Springfield Armory XD pistols are manufactured outside of the State of Michigan. Therefore, any Springfield Armory XD pistol will have traveled in interstate commerce prior to being present in the State of Michigan.

15.     On June 25, 2026, I requested and reviewed MOORE's computerized criminal history.  During my review of his criminal history, I learned MOORE had the following felony convictions.

   a.  Attempt Weapons Carrying Concealed: June 2, 2015 - Third Circuit Court of Michigan

   b.  Weapons- Carrying Concealed:  August 2, 2022 – Third Circuit Court of Michigan

5

16.     According to public court dockets, MOORE pled guilty to these convictions. Based on my training and experience, defendants are advised of the maximum penalty when they enter a plea of guilty to a felony and that they are pleading guilty to a felony.

17.     According to Third Circuit docket 22-003390-01, MOORE was initially charged with Weapons-Carrying Concealed, Weapons-Firearms-Possession by Felon, and Weapons Felony Firearm. MOORE was bound over to district court and arraigned in May 2022. On August 2, 2022, MOORE pled guilty to Weapons-Carrying Concealed and the remainder charges were dismissed. He was placed on 18 months' probation on September 2, 2022 and was not discharged from probation until January 31, 2024.  Accordingly, there is probable cause to believe that MOORE is aware of his status as a convicted felon in July 2022 and is aware that he is prohibited from possessing firearms and ammunition.

## CONCLUSION

18.     Based on the information included in the paragraphs above probable cause exists that on July 16, 2022, in the Eastern District of Michigan, Lonnie MOORE possessed a firearm and/or ammunition in violation of 18 U.S.C. § 922(g)(1).

_____
Timothy Madison
ATF Special Agent

6

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_Elizabeth A. Stafford_
HONORABLE ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE

Date:____June 25, 2026_____

7